```
                                FILED
                              March 11, 2020
                          CLERK, US DISTRICT COURT
                          EASTERN DISTRICT OF
                                CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>        Plaintiff,               )<br>v.                               )<br>                                 )<br>ARLENE-ANELA KEKO OLANI,         )<br>                                 )<br>        Defendant.               ) | Case No. 2:20-MJ-00018-KJN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ARLENE-ANELA KEKO OLANI</u>, Case No. <u>2:20-MJ-00018-KJN</u>, Charge <u>21 USC §§ 846, 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __   Release on Personal Recognizance

  ✔   Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

    ✔   Unsecured Appearance Bond

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond with Surety

    __   Corporate Surety Bail Bond

    ✔   (Other)  <u>With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 11, 2020</u> at <u>2:35</u> pm..

               By   /s/ Deborah Barnes
                  Deborah Barnes
                  United States Magistrate Judge