CANDICE L. FIELDS
Candice Fields Law
520 Capitol Mall, Suite 750
Sacramento, CA  95814
(916)414-8050
cfields@candicefieldslaw.com

Attorneys for Defendant
Arlene Anela Kekoolani

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:20-CR-00106-KJM |
|---|---|
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ARLENE-ANELA KEKO OLANI, | |
| Defendant. | |

**STIPULATION**

1. By previous stipulation and order this matter was set for arraignment on July 26, 2021. The defendant is out of custody on conditions of release, residing in the District of Hawaii. ECF No 5.

2. By this stipulation, the parties now move to vacate the currently set arraignment date, and set an arraignment on August 30, 2021, and to exclude time between July 26, 2021 and August 30, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The United States previously produced written reports and related materials, as well as a voluminous set of audio recordings and other discoverable items to defense counsel.

    b) Counsel for defendant desires additional time to review the discovery, consult with her client, conduct investigation and research related to the charges, and to otherwise prepare for a future trial.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 26, 2021 to August 30, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 26, 2021                              PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                                  /s/ JASON HITT
                                                  JASON HITT
                                                  Assistant United States Attorney

Dated:  July 26, 2021                              /s/ CANDICE L. FIELDS
                                                  CANDICE L. FIELDS
                                                  Counsel for Defendant
                                                  Arlene Anela Kekoolani

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this __26__ day of __July__, __2021__.

_____
THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE