CANDICE L. FIELDS
Candice Fields Law
520 Capitol Mall, Suite 750
Sacramento, CA  95814
(916)414-8050
cfields@candicefieldslaw.com

Attorneys for Defendant
Arlene Anela Kekoolani

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ARLENE-ANELA KEKO OLANI<br><br>            Defendant. | CASE NO.  2:20-CR-00106-KJM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 26, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

1. By previous stipulation and order this matter was set for arraignment on August 30, 2021. ECF No 28. The defendant is out of custody on conditions of release, residing in the District of Hawaii. ECF No 5.

2. By this stipulation, the parties now move to vacate the currently set arraignment date, and set an arraignment on September 13, 2021, and to exclude time between August 30, 2021 and September 13, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The United States previously produced written reports and related materials, as well as a voluminous set of audio recordings and other discoverable items to defense counsel.

    b) Counsel for defendant desires additional time to review the discovery, consult with her client, conduct investigation and research related to the charges, and to otherwise prepare for a future trial.

    c) Counsel for defendant believes that failure to grant the above-requested

continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 26, 2021 to September 13, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 26, 2021                        PHILLIP A. TALBERT
                                                 Acting United States Attorney

                                                 /s/ JASON HITT
                                                 JASON HITT
                                                 Assistant United States Attorney

Dated:  August 26, 2021                        /s/ CANDICE L. FIELDS
                                                 CANDICE L. FIELDS
                                                 Counsel for Defendant
                                                 Arlene Anela Kekoolani

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated:  August 27, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE