CANDICE L. FIELDS
Candice Fields Law, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
(916)414-8050
cfields@candicefieldslaw.com

Attorneys for Defendant
Arlene Anela Kekoolani

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ARLENE-ANELA KEKOOLANI<br><br>                    Defendant. | CASE NO.  2:20-CR-00106-KJM<br><br>REQUEST TO SEAL DOCUMENTS; ORDER<br><br>DATE: July 10, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

  Pursuant to Local Rule 141(b), defendant Anela Kekoolani, by and through her undersigned counsel, seeks to file under seal a phycological report and a medical record. These records contain healthcare and other personal identifying information about the defendant. Defendant Kekoolani respectfully requests that these documents remain under seal until further Order of the Court.

  The aforementioned documents were electronically transmitted to the Court on July 4, 2023. Copies of the documents were also served on counsel for the government.

  The documents for which sealing is requested have been paginated consecutively as "A. Kekoolani 001-009." There are 9 submitted pages in total.

  The Court possesses inherent authority to exercise its discretion to seal documents and set appropriate limits upon access and files. L.R. 141(a); *Nixon v. Warner Communications*, *Inc.,* 435 U.S. 589, 598 (1978); *Hagestad v. Tragesser*, 49 F.3d 1434 (9th Cir. 1995).  In determining whether to seal documents, the Court should consider the interests advanced by the parties compared to the public interest and the duty of the courts.  *Nixon*, 435 U.S. at 602; *Hagestad,* 49 F.3d at 1434. Here, the

defendant's interest in the privacy of her healthcare information outweighs the public's right to information presented for the Court's consideration at her sentencing hearing.

Dated: July 5, 2023

/s/ Candice L. Fields
CANDICE L. FIELDS
Counsel for Defendant
Arlene Anela Kekoolani

## ORDER

Following review of the Request to Seal Documents and the documents sought to be sealed, the Court hereby GRANTS the Request.

Documents bates-stamped "A. Kekoolani 001-009" shall be sealed and shall remain under seal until further Order of the Court.

DATED: July 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE